UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

G. Hirsch & Co., Inc., a California corporation,

    Plaintiff(s),

v.

AmerisourceBergen Corporation, a Delaware corporation, and Does 1 through 20, inclusive

    Defendant(s).

CASE NO: C06-00608 CW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✔    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✔    other requested deadline May 3, 2006

Dated: April 5, 2006

Dated: April __, 2006

Mary E. Mix
Attorney for Plaintiff

R. Euna Kim
Attorney for Defendant

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
X  Mediation
    Private ADR

Deadline for ADR session
    90 days from the date of this order.
    other    5/3/06, or as soon thereafter as the Mediator's schedule allows.

IT IS SO ORDERED.

4/18/06
Dated:_____

_____
DISTRICT
UNITED STATES ~~MAGISTRATE~~ JUDGE