| | |
|---|---|
| 1 | DENNIS L. LIVINGSTON, SBN 79119 |
| | MARY E. MIX, SBN 79401 |
| 2 | LIVINGSTON ♦ MIX LLP |
| | 130 Sutter Street, 7th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 362-1717 |
| 4 | Facsimile: (415) 362-2405 |
| 5 | Attorneys for Plaintiff |
| | G. HIRSCH & CO., INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| G. HIRSCH & CO., INC., a California corporation, | Case No. Case No. C 06 00608 CW |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE CONFERENCE DATE AND ~~PROPOSED~~ ORDER** |
| vs. | |
| AMERISOURCE BERGEN CORPORATION, a Delaware corporation; and DOES 1-20, inclusive, | |
| Defendants. | |

A:\stip-stat-conf.doc

1

STIPULATION TO CONTINUE CONFERENCE DATE & PROPOSED ORDER

1  The parties, Plaintiff G. HIRSCH & COMPANY, INC. and Defendant
2  AMERISOURCE BERGEN CORPORATION hereby agree to continue the Status
3  Conference currently scheduled for June 26, 2006 to July 17, 2006 at 4:00 p.m., in
4  Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,
5  California 94102.

7  Dated: April 26, 2006                    LIVINGSTON ◆ MIX LLP

9                                           By:    /S/
10                                                 MARY E. MIX
                                                   Attorneys for Plaintiff
                                                   G. HIRSCH & CO., INC.

13  Dated: April ___, 2006                  REEDSMITH LLP

15                                           By:   _____
16                                                 R. EUNA KIM
                                                   Attorneys for Defendant
17                                                 AMERISOURCE BERGEN
                                                   CORPORATION

18      IT IS SO ORDERED:

20  Dated: June 4, 2006

IT IS SO ORDERED
[Signature]
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A:\stip-stat-conf.doc                          2
STIPULATION TO CONTINUE CONFERENCE DATE & PROPOSED ORDER